# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-2849
LT Case No. 2020-30724-CICI

_____

JOYCE DIXON, INDIVIDUALLY and
AS TRUSTEE OF THE JOYCE DIXON
REVOCABLE TRUST DATED
SEPTEMBER 15, 2006,

    Appellant,

    v.

FRED WATSON, SHARLETTA
TODD, and AGNES WATSON,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

Joyce Dixon, Miami, pro se.

Erica Johnson, of Johnson Law Center PLLC, Daytona Beach,
for Appellees.

March 19, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____